# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| VERNIE LEE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV414-064 |
| ) | |
| GEORGIA STATE BOARD OF ) | |
| WORKERS' COMPENSATION, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Vernie Lee Richards has filed suit against the Georgia State Board of Workers' Compensation ("GBWC") claiming that he wants "[r]einstatement of weekly compensation, and financial settlement for permanent impairment rating resulting from job related injury." (Doc. 1 at 3.)[1] He has not pointed to any federal jurisdictional basis for the claim. Nor has he offered any facts suggesting the existence of a valid claim for relief against GBWC under any of the various civil rights statutes. While the pleading standard of Fed. R. Civ. P. 8 does not

---

[1] He also seeks leave to proceed *in forma pauperis* ("IFP"). (Doc. 2.) As he reports no income or property other than an old car, that motion is **GRANTED**. His case is therefore subject to screening under 28 U.S.C. § 1915(e)(2)(B)(ii), which permits a district court to dismiss *sua sponte* an IFP plaintiff's complaint that fails to state a claim for relief.

require 'detailed factual allegations,' it does demand "more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). As plaintiff has failed to plead any facts showing that he is entitled to relief, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 23rd day of June, 2014.

/s/ M. Smith<br>
**UNITED STATES MAGISTRATE JUDGE**<br>
**SOUTHERN DISTRICT OF GEORGIA**