IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VERNIE LEE RICHARDS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV414-064
 )
GEORGIA STATE BOARD OF )
WORKERS' COMPENSATION, )
 )
    Defendants. )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After careful consideration, the Court finds Plaintiff's objections to be without merit. It remains unclear how the Court might have jurisdiction over this matter, and Plaintiff provides no facts to suggest that Defendant could be liable under any civil rights statute. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of July 2014.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA